United States District Court

Eastern District of California

| | |
|---|---|
| United States of America, | |
|     Plaintiff, | No. Cr. S 03-174 DFL |
|   vs. | Detention Order (Violation of Pretrial Release, Probation or Supervised Release) |
| Susan Renee Chapple, | |
|     Defendant. | |

-oOo-

\_\_\_\_\_ After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the court finds:

    \_\_\_\_\_ There is probable cause to believe the person has committed a federal, state or local crime while on release and the defendant has not rebutted the presumption that his release will endanger another or the community or

    \_\_\_\_\_ There is clear and convincing evidence that the defendant has violated another condition of release and

    \_\_\_\_\_ based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger

```
                    to the safety of another person or the
                    community or

        _____       the person is unlikely to abide by any
                    condition or combination of conditions of
                    release.  F.R.Cr.P. 32.1(a)(D),46(c), 18
                    U.S.C. § 3148.

          X         Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18
                    U.S.C. § 3143 (violation of probation or supervised
                    release) the court finds defendant has not met his
                    burden of establishing by clear and convincing
                    evidence that he will not flee or pose a danger to
                    another person or to the community.
```

    IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded reasonable opportunity for private consultation with his counsel.  Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant si confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

    Dated: May 18, 2005.


                                        /s/ Peter A. Nowinski
                                        Peter A. Nowinski
                                        Magistrate Judge

2