# United States District Court
## Eastern District of California

**FILED**
JAN 20 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

UNITED STATES OF AMERICA
v.
**SUSAN RENEE CHAPPELL**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:03CR00174 01**

TIM ZINDEL, AFD
Defendant's Attorney

### THE DEFENDANT:
[✓] admitted guilt to violation of charges 2, 3, AND 4 as alleged in the violation petition filed on 05/02/2005.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | ILLICIT DRUG USE | 01/29/2005 |
| 3 | FAILURE TO PARTICIPATE IN DRUG AFTERCARE | 3/7/05 TO 4/12/05 |
| 4 | ASSOCIATION WITH PROHIBITED INDIVIDUALS WITHOUT PERMISSION | 01/2005 |

The court: [✓] revokes supervision heretofore ordered on 11/13/2003.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✓] Charge 1 is dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

01/12/2006
Date of Imposition of Sentence

Signature of Judicial Officer

**HON. DAVID F. LEVI**, United States District Judge
Name & Title of Judicial Officer

1/20/2006
Date

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST JACK L. Wagner
Clerk, U. S. District Court
Eastern District of California
By _____ Deputy Clerk
01/20/06

CASE NUMBER:  2:03CR00174 01  Judgment - Page 2 of 2
DEFENDANT:    SUSAN RENEE CHAPPELL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _.

11 MONTHS. THE SENTENCE IMPOSED SHALL RUN CONSECUTIVELY WITH THAT SENTENCE IMPOSED IN CR.S-05-334 DFL.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                              By    _____
                                                    Deputy U.S. Marshal